IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEON FULLER and CHRISIE FULLER, | * * * |
| Plaintiffs, | * * |
| v. | * CV 120-041 |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | * * * * |
| Defendants. | * |

### O R D E R

Before the Court is the Parties' joint stipulation of dismissal without prejudice. (Doc. 20.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA